BOWLER DIXON & TWITCHELL LLP
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GC AIR, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RANCHARRAH MANAGEMENT LLC, a Delaware limited liability company; THE HARRAH FAMILY TRUST, JOHN A. HARRAH AS TRUSTEE OF THE HARRAH FAMILY TRUST; and JOHN A. HARRAH, individually,<br><br>Defendants. | Case No.: 3:11-cv-00647-RCJ-WGC<br><br>**AMENDED ORDER TO SHOW CAUSE WHY ORDER FOR CLAIM AND DELIVERY BY WRIT OF POSSESSION SHOULD NOT BE ISSUED**<br><br>**AND**<br><br>**TEMPORARY RESTRAINING ORDER** |

### AMENDED ORDER TO SHOW CAUSE WHY ORDER FOR CLAIM AND DELIVERY BY WRIT OF POSSESSION SHOULD NOT BE ISSUED

WHEREAS, on the 7th day of September 2011, Plaintiff's Verified Complaint (the "Complaint") was filed in this Court;

WHEREAS, the Court reviewed the Complaint and the exhibits attached thereto, the Application for Order to Show Cause ("Application") and the supporting Declaration of John J. McMonagle in support thereof, and good cause appearing for a hearing on whether an Order for Claim and Delivery by Writ of Possession, Preliminary Injunction and Temporary Restraining

Order should issue, the Court set and held an initial hearing on Plaintiff's Application on September 15, 2011, with Andrew F. Dixon of BOWLER DIXON & TWITCHELL LLP appearing for Plaintiff and Darren J. Lemieux of LEWIS AND ROCA specially appearing for Defendants prior to having been formally retained in this matter; and

WHEREAS, good cause has been found to continue the hearing on Plaintiff's Application as it relates to Plaintiff's Request for an Order for Claim and Delivery by Writ of Possession and, in the interim, temporarily restrain certain acts of Defendants as more fully described herein;

NOW, THEREFORE, RANCHARRAH MANAGEMENT, LLC IS HEREBY ORDERED to appear before the above-entitled Court on the 27th day of September 2011, at the hour of 10:00 o'clock, a.m. of said day to show cause, if it has any, why an Order for Claim and Delivery by Writ of Possession, and continued Temporary Restraining Order and/or Preliminary Injunction should not be issued forthwith and why it should not be required to assemble, if so required, and deliver the Israel Aircraft Industries Model 1125 Westwind Astra Aircraft consisting of (1) Airframe bearing FAA Registration Mark N221PA and Manufacturer's Serial No. 16, and (2) Garrett TFE731-3A-200G engines bearing Manufacturer's Serial Nos. P96128 and P96147 respectively (the "Aircraft").

IT IS FURTHER ORDERED that Rancharrah Management, LLC may file affidavits on its behalf with this Court and may appear and present testimony on its behalf at the hearing, or it may, at or prior to the hearing, file with this Court a written undertaking to stay delivery of the property pursuant to N.R.S. § 31.890.

IT IS FURTHER ORDERED that if Rancharrah Management, LLC does not appear at this Court at the time specified above, this Court will issue the Writ of Possession, Preliminary Injunction and Temporary Restraining Order prayed for in Plaintiff's Complaint.

IT IS FURTHER ORDERED that service of a copy of this Order, together with the papers upon which it was granted, by personal service or overnight mail upon the parties listed above or their counsel on or before the 19th day of September, 2011                is deemed good and sufficient service.

IT IS FURTHER ORDERED that Rancharrah Management, LLC's answering papers, if any, shall be served by hand delivery or overnight mail upon counsel for plaintiff, BOWLER DIXON & TWITCHELL LLP, 3137 East Warm Springs Road, Las Vegas, Nevada 89120, Attention: Andrew F. Dixon, Esq., Tel: (702)-436-4333, on or before the 22nd day of September, 2011 at 5:00 P.M.

IT IS FURTHER ORDERED that reply papers, if any, are to be served by overnight mail upon you at the address specified in you answering papers to be received on or before September 23, 2011

IT IS FURTHER ORDERED that Rancharrah Management, LLC, its officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with them or who have actual knowledge of this Order are hereby ordered to disclose the precise location of the Aircraft within one (1) day of entry of this Order and are further temporarily enjoined from using or moving the Aircraft or otherwise restricting or prohibiting Plaintiff's access to the Aircraft in any manner. Pursuant to FED. R. CIV. P. 65(d), this temporary restraining order is issued to preserve the status quo pending the hearing on Plaintiff's Application, to prevent Plaintiff's Aircraft from any further movement, accident, or destruction, and to grant Plaintiff access to the Aircraft as Plaintiff may see fit for the purpose of inspecting and otherwise preserving the Aircraft.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall remain in effect through September 27, 2011, unless otherwise continued or dissolved by further order the Court.

1  IT IS FURTHER ORDERED that, pursuant to FED. R. CIV. P. 65(c), Plaintiff shall post a
2  bond in the amount of $ ___-0-___.

IT IS SO ORDERED:

_____
DISTRICT COURT JUDGE
DATED: 09-19-2011

Respectfully submitted:

BOWLER DIXON & TWITCHELL LLP

_____ 8296
                          Fer
Andrew F. Dixon, Esq.
Nevada Bar No. 8422
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120
Telephone: (702) 436-4333
Facsimile: (702) 260-8983
andrew@bdtlawyers.com
*Attorneys for Plaintiff GC Air, LLC*

BOWLER DIXON & TWITCHELL LLP
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120