BOWLER DIXON & TWITCHELL LLP
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GC AIR, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RANCHARRAH MANAGEMENT LLC, a Delaware limited liability company; THE HARRAH FAMILY TRUST; JOHN A. HARRAH AS TRUSTEE OF THE HARRAH FAMILY TRUST; and JOHN A. HARRAH, individually,<br><br>Defendants. | Case No.: 3:11-cv-00647-RCJ-VPC<br><br>**ORDER VACATING ORDER AND JUDGMENT** |

Before the Court is Plaintiff's Motion for Vacatur (the "Motion"). This Court having personal and subject matter jurisdiction over this proceeding, due and proper notice of the Motion having been provided, good cause having been shown for granting the relief requested in the Motion, and the court being otherwise advised of the premises;

IT IS HEREBY ORDERED THAT:

(1) The Motion is granted;

/ / /

/ / /

/ / /

1

(2) The Order dated December 3, 2012 (Docket No. 74), denying Plaintiff's motion for summary judgment and granting Defendants' motion for summary judgment is hereby vacated and withdrawn, and such order shall have no force or effect on this or any other proceeding; and

(3) The Consent Judgment dated December 18, 2012 (Docket No. 78), is hereby vacated.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 19, 2013

Respectfully submitted by:

REED SMITH LLP

/s/ Timothy S. Harris
Timothy S. Harris
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
tharris@reedsmith.com

- and –

Andrew F. Dixon, Esq.
Nevada Bar No. 8422
BOWLER DIXON & TWITCHELL LLP
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120
Telephone: (702) 436-4333
Facsimile: (702) 260-8983
andrew@bdtlawyers.com

*Attorneys for Plaintiff GC Air, LLC*