Andrew F. Dixon, Esq.
Nevada Bar No. 8422
BOWLER DIXON & TWITCHELL LLP
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120
Telephone: (702) 436-4333
Facsimile: (702) 260-8983
andrew@bdtlawyers.com

And

Timothy S. Harris (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone (312) 207-1000
Facsimile (312) 207-6400
tharris@reedsmith.com

*Attorneys for Plaintiff GC Air, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GC AIR, LLC, a Delaware limited liability company, | Case No.: 3:11-cv-00647-RCJ-WGC |
| Plaintiff, | |
| v. | **MOTION FOR VOLUNTARY DISMISSAL** |
| RANCHARRAH MANAGEMENT LLC, a Delaware limited liability company; THE HARRAH FAMILY TRUST; JOHN A. HARRAH AS TRUSTEE OF THE HARRAH FAMILY TRUST; and JOHN A. HARRAH, individually, | |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and pursuant to the parties' settlement in this matter, GC Air, LLC respectfully requests that the Court dismiss the

/ / /

/ / /

/ / /

1

above-captioned action with prejudice against all Defendants named therein, with each party to bear their own fees and costs.

DATED this  5th  day of November, 2015.

BOWLER DIXON & TWITCHELL LLP

  /s/ Andrew F. Dixon
ANDREW F. DIXON, ESQ.
Nevada Bar No. 8422
3137 E.  Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120
Telephone: (702) 436-4333
Facsimile: (702) 260-8983
andrew@bdtlawyers.corn

-and-

Timothy Harris
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
Phone: 312-207-1000
Fax: 312-207-6400
tharris@reedsmith.com

*Attorneys for Plaintiff GC Air, LLC*

Dated this 9th day of November, 2015.

_____
ROBERT C. JONES